**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEVONTAE ANTHONY CARTER,

    Plaintiff,

    v.

STATE OF NEVADA et al.,

    Defendants.

3:16-cv-00209-MMD-WGC

**ORDER**

**I.    DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. Plaintiff has not filed an updated address with this Court. An early inmate mediation is scheduled for Tuesday, February 7, 2017. (ECF No. 7). Defendants seek an order relieving them from portions of the order setting early inmate mediation conference (ECF No. 7) in light of Plaintiff's release from prison and their inability to contact Plaintiff without an updated address. (ECF No. 9 at 1). Specifically, Defendants seek relief from making the necessary arrangements for Plaintiff to appear by video conference. (*Id.* at 2). The Court grants Defendants' motion and relieves Defendants from making arrangements for Plaintiff to appear at the mediation by video conference.

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff until Friday, January 20, 2017 to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before Friday, January 20, 2017, the Court will dismiss this action with prejudice and vacate the inmate

mediation conference scheduled for Tuesday, February 7, 2017.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court **on or before Friday, January 20, 2017**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case with prejudice and vacate the inmate mediation conference.

IT IS FURTHER ORDERED that the motion for relief from order scheduling inmate early mediation conference (ECF No. 9) is granted to the extent discussed above.

DATED:  December 27, 2016.

_____
United States Magistrate Judge

2