## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEVONTAE A. CARTER, | ) | 3:16-cv-00209-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 6, 2017 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>   REPORTER:   <u>None Appearing</u>

COUNSEL FOR PLAINTIFF(S):   <u>None Appearing</u>

COUNSEL FOR DEFENDANT(S):   <u>None Appearing</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's "Motion for Leave to Appear at EMC Via Videoconference or, Alternatively, Transfer the Case to the Unofficial Southern District." (ECF No. 13).

     In response to the Plaintiff's request, the court has reached out to the District of Nevada Clerk's Office in Las Vegas and has confirmed logistically the court is able to arrange for Plaintiff to appear by video in Las Vegas and connect with Reno for the mediation session. Furthermore, the video conference equipment is available on Tuesday, February 7, 2017 at 8:30 a.m. for the current scheduled EMC (ECF No. 7).

     Therefore, Plaintiff's motion (ECF No. 13) is **GRANTED in part**. Plaintiff's alternative request to transfer the case to the unofficial southern district is **moot** in view of the court's ability to coordinate Plaintiff's video appearance for the upcoming EMC.

     Plaintiff is directed to appear in person for the mediation conference; however, the Plaintiff will participate in the mediation conference through video conferencing. The mediation conference will take place on **Tuesday, February 7, 2017** to commence at **8:30 a.m.** in **Room #3054** in the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

     The Attorney General's Office is relieved of making any arrangements for Plaintiff to appear by video conference through the prison facility.

Minute Order in Chambers
3:16-cr-00209-MMD-WGC
January 6, 2017

      The confidential mediation statements shall be submitted to chambers at 400 South Virginia Street, Room 405, Reno, Nevada 89501, no later than **4:00 p.m., Tuesday, January 31, 2017.**

**IT IS SO ORDERED.**

                                                DEBRA K. KEMPI, CLERK

                                      By: _____/s/_____
                                                Katie Lynn Ogden, Deputy Clerk